**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PETER A. BLEVINS,

                    Plaintiff,

     -against-

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

23-cv-03540 (JPO) (JW)

*PRO SE* ORDER

**JENNIFER E. WILLIS, United States Magistrate Judge.**

The Court notes that Plaintiff is currently not represented by an attorney (in other words, Mr. Blevins is acting "*pro se*").

To the extent Plaintiff wishes to receive documents in this case electronically (by e-mail) instead of by regular mail, he may consent to electronic service by filing a Pro Se Consent to Electronic Service Form, available in the Pro Se Intake Unit or at https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

The Court notes that there is a **free** legal clinic in this District available to assist parties that represent themselves in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court.  The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.

The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.  Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190. To receive assistance from the clinic, parties may complete

the clinic's intake form on their computer or phone at: https://tinyurl.com/NYLAG-

ProSe-OI.

       SO ORDERED.

Dated:     New York, New York
            May 9, 2023

                          JENNIFER E. WILLIS
                          United States Magistrate Judge