UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PETER A. BLEVINS,

                          Plaintiff,                                    23 **CIVIL** 3540 (JW)

           -v-                                                          **JUDGMENT**


KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
-------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated December 20, 2023, that the Commissioner's

decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the

Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for

further administrative proceedings.

**Dated:**  New York, New York
          December 20, 2023


                                                            **RUBY J. KRAJICK**
                                             _____
                                                            **Clerk of Court**

                                        **BY:**         K. mango
                                             _____
                                                            **Deputy Clerk**